THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| EZE EJELONU,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INC., et al.,<br><br>Defendants. | Case No.: **2:18-CV-01712-JAM-KJN**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response date: July 6, 2018<br>New Response Date: August 6, 2018 |

Plaintiff EZE EJELONU ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on June 15, 2018.

2. Defendant's initial deadline to respond to the Complaint was July 6, 2018.

3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including August 6, 2018, so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement.

- 1 –

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted July 2, 2018:

NOKES & QUINN

 /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorney for Defendant Equifax Inc.

/s/ Elliot W. Gale
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
3017 Douglas Blvd, Suite 200
Roseville, CA 95661
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Attorney for Plaintiff

**Signature Attestation**

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

July 2, 2018        /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

- 2 –

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

# ORDER

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint up to and including August 6, 2018.

**IT IS SO ORDERED**

Dated:  7/2/2018                                         /s/ John A. Mendez_____
                                                                  HONORABLE JOHN A. MENDEZ

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT